

# KRONICK
# MOSKOVITZ
# TIEDEMANN
# & GIRARD
A PROFESSIONAL CORPORATION

BRUCE A. SCHEIDT
Email: bscheidt@kmtg.com

April 22, 2005

**VIA E-FILE AND U.S. MAIL**

The Honorable David F. Levi
United States District Court
Eastern District
501 I Street, 14-200
Sacramento, CA 95814

    Re:    *MV Transportation, Inc. v. Omne Staff Leasing, Inc., et al.*
            Case No. 03CV 2288 DFL GGH

Dear Hon. David F. Levi:

    I have been authorized by counsel for Plaintiff MV Transportation, Inc. to inform the Court that Plaintiff and my client Wachovia Insurance Services, Inc. (formerly known as First Union Insurance Services Agency, Inc.) tentatively agreed late this afternoon to a settlement in the above-entitled litigation. The parties hope and expect to sign and file a Stipulation and Dismissal of All Claims with Prejudice next week. We will advise the Court immediately upon filing, with an appreciation of the proximity of the Pre-Trial Conference next Friday, April 29.

                      Sincerely,

                      KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                      A Professional Corporation

                      Bruce A. Scheidt

cc:    John Biard, Esq.
        Arthur J. Levine, Esq.
        Brian D. Harrison, Esq.
        John L. Barber, Esq.

795737.1

ATTORNEYS AT LAW
400 CAPITOL MALL, 27TH FLOOR     SACRAMENTO, CALIFORNIA 95814-4416     TELEPHONE (916) 321-4500     FAX (916) 321-4555
www.kmtg.com