1  JOHN A. BIARD, State Bar No. 158229
   BIARD & ASSOCIATES
2  360 Campus Lane, #201
   Fairfield, CA  94585-1400
3  Telephone: (707) 863-0146
   Facsimile: (707) 863-8169
4
   Attorneys for Plaintiff MV TRANSPORTATION, INC.
5

6  BRUCE A. SCHEIDT, State Bar No. 155088
   MARK A. WASSER, State Bar No. 60160
7  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
8  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814-4416
9  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
10
   Attorneys for Defendant WACHOVIA INSURANCE
11 SERVICES, INC. (formerly known as FIRST UNION
   INSURANCE SERVICES AGENCY, INC.)
12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15
   MV TRANSPORTATION, INC.,              CASE NO. 03CV 2288 DFL GGH
16
            Plaintiff,
17                                       **STIPULATION AND REQUEST FOR**
      v.                                 **VOLUNTARY DISMISSAL OF**
18                                       **DEFENDANT WACHOVIA INSURANCE**
   OMNE STAFF LEASING, INC., et al.      **SERVICES, INC. (fka FIRST UNION**
19                                       **INSURANCE SERVICES AGENCY, INC.)**
            Defendants.                  **WITH PREJUDICE, AND [PROPOSED]**
20                                       **ORDER**

21 OMNE STAFF LEASING SERVICES,
   INC.
22
            Counter-Claimant,
23
      v.
24
   MV TRANSPORTATION, INC., a
25 California Corporation, and ROES 1
   through 100, inclusive,
26
            Counter-Defendants.
27

28 / / /

   795762.1                             -1-

WHEREAS, Plaintiff MV TRANSPORTATION, INC. ("MV") and WACHOVIA INSURANCE SERVICES, INC. (fka FIRST UNION INSURANCE SERVICES AGENCY, INC.) ('WACHOVIA"), by and through their respective counsel, stipulate that WACHOVIA shall be dismissed with prejudice from this action and that, as between MV and WACHOVIA only, MV and WACHOVIA shall bear their own attorney fees and costs.

WHEREAS, there are no other claims or counter-claims pending by or against WACHOVIA, with the sole exception of MV's seventh cause of action against WACHOVIA, as set forth in MV's First Amended Complaint.

WHEREAS, The Court granted Defendant AMERICAN PROTECTION INSURANCE CO.'s ("AMPICO") motion for summary judgment as to all of MV's claims against AMPICO, in its Opinion and Order dated March 22, 2005.

WHEREAS, AMPICO has filed a motion for "[Proposed] Order Granting Motion for Entry of Final Judgment In Favor of Defendant American Protection Insurance Company," which has been submitted pursuant to Local Rule 78-230(h) on April 27, 2005.

WHEREAS, Defendant Omne Staffing, Inc. d/b/a Staffing Services Group and Defendant/Counter-Claimant Omne Leasing Services, Inc. each filed Chapter 11 bankruptcy petitions in U.S. Bankruptcy Court, D.N.J., and have served and filed Notices of Filing of Chapter 11 Proceedings and Automatic Stay in this case.

WHEREAS, on or about December 13, 2004, the U.S. Bankruptcy Court, D.N.J., entered an order, a true and correct copy of which has been filed in this action, modifying the automatic stay imposed by 11 U.S.C. § 362(a) to permit the remaining parties to this action to determine, in relevant part, the issues of "whether or not Movant Wachovia negligently failed to procure workers' compensation insurance for MV Transportation, Inc. and/or negligently issued Certificates of Insurance or other documents evidence insurance coverage to MV Transportation, Inc."

/ / /

/ / /

/ / /

795762.1

-2-

1    NOW THEREFORE, MV respectfully requests the Court to dismiss WACHOVIA

2  with prejudice from this action pursuant to FRCP 41(a)(2) upon such terms that WACHOVIA

3  and MV shall bear their own attorney fees and costs with respect to each other only.

4

5  Dated:  April 28, 2005

6                                                      KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                                       A Professional Corporation

7

8                                                      By   /s/ Bruce A. Scheidt
                                                            Bruce A. Scheidt
9                                                          Attorneys for Defendant WACHOVIA
                                                           INSURANCE SERVICES, INC. (formerly known
10                                                          as FIRST UNION INSURANCE SERVICES
                                                           AGENCY, INC.)
11

12  Dated:  April 28, 2005

13                                                     JOHN BIARD AND ASSOCIATES

14

15                                                     By   /s/ John A. Biard
                                                            John A. Biard, Attorneys for Plaintiff
16                                                         MV TRANSPORTATION, INC.

17

18      **The filer attests that concurrence in the filing of this document has been**

19  **obtained from each of the signatories.**

20

21                              **ORDER**

22      The parties having stipulated herein as set forth above, and good cause appearing;

23      IT IS ORDERED that Defendant WACHOVIA INSURANCE SERVICES, INC.

24  (formerly known as FIRST UNION INSURANCE SERVICES AGENCY, INC.) shall be and is

25  hereby dismissed with prejudice from this action.

26

27  Date:  April 29, 2005          /s/ David F. Levi
                                    David F. Levi, United States District Judge
28

795762.1
                                    -3-

## PROOF OF SERVICE

I, Bao Xiong, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814-4416.  On April 28, 2005, I served the within documents:

**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT WACHOVIA INSURANCE SERVICES, INC. (fka FIRST UNION INSURANCE SERVICES AGENCY, INC.) WITH PREJUDICE, AND [PROPOSED] ORDER**

◻ by transmitting via facsimile from (916) 321-4555 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m.  A copy of the transmittal/confirmation sheet is attached.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

◻ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

◻ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery

◻ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Attorney for MV Transportation, Inc.**
Arthur J. Levine, Esq.
Law Office of Arthur J. Levine
2067 Smokewood Avenue
Fullerton, CA  92831

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2005, at Sacramento, California.

/s/ Bao Xiong
_____
Bao Xiong

795762.1

-1-