IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MV TRANSPORTATION, INC.,

    Plaintiff,                               CIV. S-03-2288 DFL GGH

    v.                                          <u>ORDER</u>

OMNE STAFF LEASING, INC.,
OMNE STAFFING, INC., AMERICAN
PROTECTION INSURANCE CO.,
WACHOVIA CORP., WACHOVIA
INSURANCE SERVICES, FIRST UNION
CORP., FIRST UNION INSURANCE
SERVICES et. al.,

    Defendants.
_____/

    On March 23, 2005, the court granted defendant American Protection Insurance Company's ("AMPICO's") motion for summary judgment as to all of MV Transportation, Inc.'s ("MV Transportation's") claims against it.  The court also granted Wachovia Securities, Inc.'s ("Wachovia's") motion for summary judgment as to MV Transportation's negligent misrepresentation claim, but denied its motion as to MV Transportation's negligent procurement of insurance claim.  On April 28, 2005, Wachovia and MV Transportation notified the court of their settlement

agreement, and on May 2, 2005, the court entered the parties' stipulation dismissing Wachovia from this action under Fed.R.Civ.P. 41(b). In addition, Omne Staff Leasing, Inc. ("Leasing") and Omne Staffing, Inc. ("Staffing") each filed for protection under Chapter 11, and an automatic stay went into effect under 11 U.S.C. § 362 as to any actions involving those entities. Therefore, MV Transportation's claims against Staffing and Leasing have been stayed.

AMPICO now brings a motion for entry of judgment under Fed.R.Civ.P. 54(b) as to the claims against it by MV Transportation. MV Transportation does not oppose the motion. Wachovia is no longer a party in this action, and Staffing and Leasing have not participated in any of the litigation to date due to the § 362 stay. Therefore, entry of judgment as to AMPICO will not result in piecemeal appeals. AMPICO's motion for entry of judgment under Rule 54(b) is GRANTED.

IT IS SO ORDERED.

Dated: 5/3/2005

_____
DAVID F. LEVI
United States District Judge