UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 5, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

MV Transportation Inc.,

               v.            CASE NUMBER: 2:03-CV-02288 DFL GGH

Omne Staff Leasing Services Inc., et al,

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF MAY 4, 2005, as to American Protection Insurance Company.**

                                                  Jack L. Wagner,
                                                  Clerk of the Court

ENTERED:   May 5, 2005                         /s/ L. Reader, Deputy Clerk